IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KERRY HARRIS, JR.**     **PLAINTIFF**
**ADC #184826**

V.     NO. 4:25-cv-00313-BSM-ERE

**DOE**     **DEFENDANT**

### RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections:**

This Recommendation for the dismissal of Mr. Harris' complaint has been sent to United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Miller may adopt this Recommendation without independently reviewing all the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.**     **Discussion:**

On March 27, 2025, *pro se* plaintiff Kerry Harris, Jr., an Arkansas Division of Correction ("ADC") inmate, filed this lawsuit under 42 U.S.C. § 1983. *Doc. 1*.

With his initial filing, Mr. Harris failed to provide a completed application for leave to proceed in forma pauperis ("IFP"); nor did he pay a filing fee. Accordingly,

on April 7, 2025, I directed the Clerk of Court to send Mr. Harris an IFP application and ordered him to either: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $405.00 filing fee. *Doc. 2*. I specifically warned Mr. Harris that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Harris has not addressed the filing-fee requirement, and the time to do so has passed.

### III.  Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Harris' complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the April 7, 2025 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated 12 May 2025.

_____
UNITED STATES MAGISTRATE JUDGE