IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KERRY HARRIS, JR.**  **PLAINTIFF**
*ADC #184826*

v.   CASE NO. 4:25-CV-00313-BSM

**DOE**  **DEFENDANT**

## ORDER

United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 3] is adopted and Kerry Harris's complaint is dismissed without prejudice because he failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis* as directed, and the time to do so has expired. *See* Doc. No. 2.

IT IS SO ORDERED this 28th day of May, 2025

UNITED STATES DISTRICT JUDGE