IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KERRY HARRIS, JR.**  **PLAINTIFF**
*ADC #184826*

v.  CASE NO. 4:25-CV-00313-BSM

**DOE**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE